[No. 12855-5-III.     Division Three.     May 17, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON MATTHEW ESTES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-8-01180-4, James M. Murphy, J., entered November 13, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.

[Nos. 12717-6-III; 12781-8-III.     Division Three.     May 17, 1994.]

*In the Matter of the Estate of* MARY PATTY.

FAY FARLEY, ET AL, *Respondents*, v. MARIANNE HENDERSON, *Appellant*.

Appeals from judgments of the Superior Court for Okanogan County, No. 91-2-00413-9, James R. Thomas, J., entered September 2 and 15, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.

[No. 15530-3-II.     Division Two.     May 19, 1994.]

PUGET SOUND NATIONAL BANK, ET AL, *Respondents*, v. DAVID MURREY, ET AL, *Appellants*, HAROLD E. LEMAY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-03982-3, Waldo F. Stone, J., entered November 19, 1991. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Seinfeld, JJ.